UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DHECA, S.R.L., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS GOLDBERG, <br><br> Defendant. | Civil No. 1:25-CV-3230 |

**MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Plaintiff DHECA, S.R.L., by and through its undersigned counsel, hereby moves the Court for: (a) a temporary restraining order and preliminary injunction: (i) restricting Mr. Goldberg (and his lawyers and other agents) from representing that he owns HoudiniSwap LLC or any of the assets that were formally held by HoudiniSwap LLC, including the code maintained by Contractor One, and restricting them from interfering with any of DHECA's business relationships (including with Contractor One); (ii) dismissing HoudiniSwap LLC as a Plaintiff from Mr. Goldberg's lawsuit because no authorized representative of the Company has authorized it to be a Plaintiff in U.S. federal court; (iii) restricting the attempted transfer, sale, or dissolution of HoudiniSwap LLC and the transfer, copying, destruction, or sale or any of its formerly owned assets, including any revenue that HoudiniSwap generates during the pendency of these proceedings; (iv) requiring Mr. Goldberg to provide DHECA with access to HoudiniSwap's electronic accounts and corporate records and to

cease interfering with such access or with DHECA's ability to conduct an immediate audit; and (v) requiring the return of—and, in turn, preventing Mr. Goldberg from interfering with DHECA's access to—the nearly $3.9 million in cryptocurrency owned by HoudiniSwap, and (b) expedited discovery related to the same.

A memorandum in support, supporting papers, and proposed order are filed herewith.

Dated:  September 29, 2025                Respectfully submitted,

**SILVERMAN, THOMPSON, SLUTKIN, WHITE**

*s/ William N. Sinclair*
William N. Sinclair (MD #28833)
bsinclair@silvermanthompson.com
400 E. Pratt St., Suite 900
Baltimore, MD 21202
(410) 385-2225
(410) 547-2432

**DYNAMIS LLP**

*s/ Jamie Hoxie Solano*
Eric Rosen, Esq. (admitted *Pro Hac Vice*)
Jamie Hoxie Solano, Esq. (admitted *Pro Hac Vice*)
11 Park Place
New York, New York 10007
ERosen@dynamisllp.com
JSolano@dynamisllp.com

*Attorneys for Plaintiff DHECA*